IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

JAN 17 2006

J. T. NOBLIN, CLERK
BY_____ DEPUTY

UNITED STATES OF AMERICA

VS.                                CRIMINAL NO. 3:05cr64HTW-AGN

GEORGE T. MITCHELL

<u>ORDER OF DISMISSAL</u>

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the indictment against the defendant.

DUNN LAMPTON
United States Attorney

By: _____

G. W. BOND
Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 17th day of January, 2006.

_____
UNITED STATES MAGISTRATE JUDGE